UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cr-103-MOC-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOMINIQUE MALIK DANIELS, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Reduce Sentence Pursuant to USSC Amendment 821. (Doc. No. 36).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 25 days the Government shall file a response to Defendant's motion.

Signed: November 27, 2023

Max O. Cogburn Jr.
United States District Judge

1